Law Offices of
John A. Tosney — SBN 97183
331 J. Street, Suite 200
Sacramento, CA 95814
(916)441-4002
(916)441-4622 Fax

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

In re:

**BRYAN RODGERS
JESSICA RODGERS**

Case No. 10-40114-B-7
Chapter 7
Mtn Ctrl No. JAT-1

Date: September 14, 2010
Time: 9:32 a.m.
Judge: Thomas C. Holman
Ctrm: 32
Dept: B

/

**MOTION TO COMPEL TRUSTEE TO ABANDON BUSINESS**

Bryan and Jessica Rodgers, debtors herein, moves this court for an order compelling the Trustee, Geoffrey Richards, to abandon the business operated by the debtor, know as Bryan Rodgers Graphic Design, located at: 6504 Graylock Lane, North Highlands, CA. The business is the debtor's sole source of income and has no non-exempt assets. The debtors do not own tools of the trade, equipment, accounts receivable or inventory.
The business asset in this case consist of computer and software.

As shown in Schedules B and C of the Petition the debtors have included, and exempted the computer and software.

The debtors assert that there does not appear to be any business equipment or inventory that can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedules B and C attaching to the business-related assets and (b) the

1.

exemptions, if any in Schedule C claimed by the debtor.

The Debtors are aware that, under the provisions of Title 11, U.S. Codes §721, the Trustee has the authority to operate the debtor's business; and then, only with an order of the Court. Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

However, the Debtors assert that, based on the lack of any un-exempt equity in any business-related asset, equipment or inventory, there is no benefit to the estate to either operating or shutting down this business.

Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

**WHEREFORE**, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtor's Business, Bryan Rodgers Graphic Design.

I, John A. Tosney, hereby certifies under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment of the Estate's Interest in Debtor's Business. I further certify that the contents thereof are true and correct to the best of my knowledge, and belief.

Dated: 8/16/10

/s/
JOHN A. TOSNEY,
Attorney for Debtors

2.